**Benjamin D. Knaupp**, OSB 973051
E-Mail: bknaupp@gmail.com
Garland Griffiths Knaupp, Attorneys
254 N. First Ave.
Hillsboro, OR 97124
Tel. (503) 846-0707
Fax (503) 419-4912

**Attorney for Plaintiff**

## IN THE UNITED STATED DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| DARRELL L. HINSHAW,<br><br>    Plaintiff,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, L.P.,<br>now known as BANK OF AMERICA,<br>N.A. ; RECONTRUST COMPANY, N.A.;<br>and KEYBANK, N.A.,<br><br>    Defendants. | **ORDER OF DISMISSAL**<br><br>**Case No. 3:10-CV-1468** |

(#51)

Having considered the Joint Motion to Dismiss submitted by plaintiff and all defendants to dismiss this case, the Joint Motion to Dismiss is hereby granted and all of Plaintiff's claims against the defendants are dismissed with prejudice and without costs or attorney fees to either party, subject to this Court retaining jurisdiction, if necessary, for the filing and entry of a Confession of Judgment for Possession of the Property by defendant Key Bank, N.A. pursuant to the terms of the Settlement Agreement among the parties allowing for enforcement of the

Settlement Agreement.

Dated: _Aug 13, 2012_

                                                   The Honorable Judge Robert E. Jones
                                                    United States District Court Judge